UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON**,
**NICOLE BREITFELLER**, and
**TABITHA GAUTREAUX**,

                Plaintiffs,         CASE NO. 8:07-cv-00432-JSM-MAP

v.

**JOSEPH R. FRANCIS**, **MRA HOLDINGS, L.L.C.**,
**MANTRA FILMS, INC.** d/b/a Girls Gone Wild,
**AMX PRODUCTIONS, L.L.C.** d/b/a AMX Video
a/k/a GM Video a/k/a George Martin Video
a/k/a Action Matrix, a/k/a Aztec Media Co., and
**SVOTHI, INC.** d/b/a PPVNetworks a/k/a Nakedontv.com

                Defendants.
_____/

**MOTION FOR ENTRY OF ORDER ALLOWING PARTIES
TO MAINTAIN POSSESSION OF VIDEO MATERIALS AND
<u>PROHIBITING FILING OTHER THAN UNDER SEAL</u>**

Julie Tilton, Nicole Breitfeller, and Tabitha Gautreaux ("**Plaintiffs**") move for entry of the attached (proposed) Order Allowing the Parties to Maintain Possession of Video Materials and Prohibit Filing Other than Under Seal, pursuant to Local Rule 1.09 of the United States District Court for the Middle District of Florida. The parties should be authorized by the Court to maintain possession of the video materials at issue in this litigation provided they do not file such materials with the Court unless the materials are filed under seal. The grounds for this motion are as follows:

The Plaintiffs' Complaint alleges that the Plaintiffs are depicted engaging in sexually explicit conduct, and/or in the presence of others engaging in sexually explicit

1

conduct, in certain video materials. The parties should be bound by the terms of the Order Allowing Parties to Maintain Possession of Video Materials & Prohibiting Filing Other Than Under Seal.

WHEREFORE, the Plaintiffs request that the Court enter the attached Order Allowing Parties to Maintain Possession of Video Materials & Prohibiting Filing Other Than Under Seal.

Respectfully submitted,

*/s/ Thomas E. DeBerg*
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Julie Tilton, et al.**

Copies furnished to All Defendants
with Service of Process