UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON**,
**NICOLE BREITFELLER**, and
**TABITHA GAUTREAUX**,

      Plaintiffs,                      CASE NO. 8:07-cv-432-T-30MAP

v.

**JOSEPH R. FRANCIS**, **MRA HOLDINGS, L.L.C.**, **MANTRA FILMS, INC.** d/b/a
Girls Gone Wild, et al.,

      Defendants.
_____/

## ORDER ALLOWING PARTIES TO MAINTAIN POSSESSION OF VIDEO MATERIALS AND PROHIBITING FILING <u>OTHER THAN UNDER SEAL</u>

      This cause came before the Court on the motion of the Plaintiffs (Dkt. #3) that they should be authorized by the Court to maintain possession of the video materials at issue in this litigation and directing the parties not to file such materials with the Court *unless they are placed in a sealed envelope to which this Order is attached*. The Court has considered the request and the allegations of the Plaintiffs regarding the contents of the videos, and otherwise has been duly advised.

      It is ORDERED AND ADJUDGED that:

      1.    The Motion for Entry of Order Allowing Parties to Maintain Possession of Video Materials and Prohibiting Filing Other Than Under Seal (Dkt. #3) is GRANTED.

2. The parties are authorized to maintain possession of the video materials at issue in this litigation and to copy the materials solely for use in this litigation. The parties shall not file such materials with the Court *unless the materials are placed in a sealed envelope to which this Order is attached*.

3. The Clerk of Court shall not allow any non-judicial personnel access to video materials filed with the Court pursuant to this Order other than pursuant to a subsequent Court order.

4. The parties may show the video materials at issue in this litigation to counsel and to individuals such as experts, deponents, consultants, and witnesses, as needed during the discovery process, on the condition that any individual to whom the video materials are shown is given a copy of this Order, which hereby directs such individuals not to copy or show the contents of these materials to third parties and to return the materials to counsel after they complete their review; provided, however, duplicating or exhibit preparation services may copy the video materials under direction of any attorney or pro se party of record solely for use in this litigation.

**DONE** and **ORDERED** in Tampa, Florida on April 2, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Defendants with Service of Process

F:\Docs\2007\07-cv-432.order 3.wpd