AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

RECEIVED
2007 APR 24 AM 11: 12
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JULIE TILTON, et al.

v.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

Joseph R. Francis
c/o Bay County Jail
314 Harmon Avenue
Panama City, Florida 32401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, PA
1881 West Kennedy Boulevard
Tampa, Florida 33602

Tilton et al v. Francis et al                                                                                     Doc. 5

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                     April 24, 2007
CLERK                                                 DATE

Denise L. Voight
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

2007 APR 24 AM 11: 12

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JULIE TILTON, et al.

v.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

Michael Chaussee, Registered Agent
AMX Productions, LLC d/b/a AMX Video
1837 South Nevada Avenue, Box 261
Colorado Springs, Colorado 80906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

*Denise L. Vonght*
(By) DEPUTY CLERK

*April 24, 2007*
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

JULIE TILTON, et al.

V.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

Mantra Films, Inc.
c/o Joseph R. Francis, Registered Agent
c/o Bay County Jail
314 Harmon Avenue
Panama City, Florida 32401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

(By) DEPUTY CLERK

DATE April 24, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

JULIE TILTON, et al.

v.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

MRA Holding, LLC
c/o CT Corporation System
7666 East 61st Street
Suite 240
Tulsa, Oklahoma 74133

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_Denise L. Vought_
(By) DEPUTY CLERK

DATE: April 24, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

JULIE TILTON, et al.

V.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

SVOTHI, Inc.
c/o Damian Todaro, Registered Agent
1 Columbus Place, Apartment N6E
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE April 24, 2007