UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON,**
**NICOLE BREITFELLER,** and
**TABITHA GAUTREAUX,**

        Plaintiffs,        CASE NO. 8:07-cv-00432-JSM-MAP

v.

**JOSEPH R. FRANCIS, MRA HOLDINGS, L.L.C.,**
**MANTRA FILMS, INC.** d/b/a Girls Gone Wild,
**AMX PRODUCTIONS, L.L.C.** d/b/a AMX Video
a/k/a GM Video a/k/a George Martin Video
a/k/a Action Matrix, a/k/a Aztec Media Co., and
**SVOTHI, INC.** d/b/a PPVNetworks a/k/a Nakedontv.com

        Defendants.
_____/

## NOTICE OF FILING

Plaintiffs, JULIE TILTON, NICOLE BREITFELLER and TABITHA GAUTREAUX, by and through their undersigned attorneys, hereby give notice of filing the following documents with the Court:

1.    Return of Service as to Joseph R. Francis; and

2.    Return of Service as to Mantra Films, Inc.

        Respectfully submitted,

        */s/ Mark S. Howard*
        Mark S. Howard
        Florida Bar No. 774146
        mhoward@solomonlaw.com
        Thomas E. DeBerg
        Florida Bar No. 521515
        tdeberg@solomonlaw.com
        **THE SOLOMON TROPP LAW GROUP, P.A.**
        1881 West Kennedy Boulevard
        Tampa, Florida 33606-1606
        (813) 225-1818 (Tel)
        (813) 225-1050 (Fax)
        Attorneys for **Julie Tilton, et al.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to: **Joseph R. Francis**, individually and as registered agent of **Mantra Films, Inc.**, c/o Bay County Jail Annex, 5600 Nehi Road, Panama City, Florida 32404; **MRA Holdings, LLC.**, c/o CT Corporation Systems, Registered Agent, 7666 East 61st Street, Suite 240, Tulsa, Oklahoma, 74133; **AMX Productions, LLC**, c/o Michael Chaussee, Registered Agent, 1837 South Nevada Avenue, Box 261, Colorado Springs, Colorado 80906; and **Svothi, Inc.**, c/o Damian Todaro, Registered Agent, One Columbus Place, Apartment N6E, New York, New York 10019 on May 15, 2007.

Respectfully submitted,

/s/ *Mark S. Howard*
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
THE SOLOMON TROPP LAW GROUP, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Julie Tilton, et al.**

17938.33003.274243