AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

JULIE TILTON, et al.

v.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

SVOTHI, Inc.
c/o Damian Todaro, Registered Agent
1 Columbus Place, Apartment N6E
New York, NY 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_Denise L. Vright_
(By) DEPUTY CLERK

DATE April 24, 2007

Dockets.Justia.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 7, 2007 |
| NAME OF SERVER (PRINT) Douglas Kiley | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where Svothi, Inc. 1 Columbus Place, Apt N6E New York, N.Y. 10019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other  Left Summons and Complaint with Registered Agent; Damian Todaro

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  May 7, 2007
         /Date

Signature of Server  Douglas Kiley

119 West 72nd St. Suite 332
New York, N.Y. 10023
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.