UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON**,
**NICOLE BREITFELLER**, and
**TABITHA GAUTREAUX**,

                Plaintiffs,        CASE NO. 8:07-cv-00432-JSM-MAP

v.

**JOSEPH R. FRANCIS**, **MRA HOLDINGS, L.L.C.**,
**MANTRA FILMS, INC.** d/b/a Girls Gone Wild,
**AMX PRODUCTIONS, L.L.C.** d/b/a AMX Video
a/k/a GM Video a/k/a George Martin Video
a/k/a Action Matrix, a/k/a Aztec Media Co., and
**SVOTHI, INC.** d/b/a PPVNetworks a/k/a Nakedontv.com

                Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND
SERVE MOTION TO STRIKE AFFIRMATIVE DEFENSES OF JOSEPH R. FRANCIS
AND MANTRA FILMS, INC.**

      Julie Tilton, Nicole Breitfeller, and Tabitha Gautreaux (collectively the "**Plaintiffs**") hereby move the Court for an extension of time through July 2, 2007, in which to file and serve their Motion to Strike the Affirmative Defenses of Joseph R. Francis and Mantra Films, Inc. (collectively the "**Defendants**").  As grounds for this Motion, Plaintiffs state as follows:

      1.      On March 9, 2007, Plaintiffs filed their Complaint.  [Dkt. #1].

      2.      On May 22, 2007, Defendants filed and served their Answer and Affirmative Defenses to Complaint and Demand for Jury Trial.  [Dkt. # 10].

      3.      Pursuant to applicable rules, Plaintiffs have until June 11, 2007 in which to file and serve a Motion to Strike the Affirmative Defenses asserted by Defendants.

4. On June 8, 2007, Plaintiffs' counsel conferred with Defendants' counsel, and Defendants' counsel agreed to an extension of time through July 2, 2007 for the Plaintiffs to file and serve a Motion to Strike the Affirmative Defenses asserted by Defendants.

5. This Motion is made in good faith and no party to this lawsuit will be prejudiced if this Motion is granted.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order allowing Plaintiffs an extension of time through July 2, 2007, in which to file and serve their Motion to Strike the Affirmative Defenses asserted by Joseph R. Francis and Mantra Films, Inc.

Respectfully submitted,

*/s/ Mark S. Howard*
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Julie Tilton, et al.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2007, a true and correct copy of the foregoing has been furnished via email and/or U.S. Mail to:

| | |
|---|---|
| Gary S. Edinger<br>GSEdinger@aol.com<br>**Law Office of Gary Edinger, P.A.**<br>305 NE 1st Street<br>Gainesville, FL 32601<br><br>Attorneys for **Svothi, Inc.** | John F. Lauro<br>jlauro@laurolawfirm.com<br>Scott J. Flint<br>sflint@laurolawfirm.com<br>**John F. Lauro Law Firm**<br>101 E. Kennedy Blvd.<br>Suite 2180<br>Tampa, FL 33602 |

Laureen E. Galeoto
galeotol@GTlaw.com
Karusha Y. Sharpe
sharpek@gtlaw.com
Barry Scott Richard
richardb@GTlaw.com
**Greenberg Traurig P.A.**
101 E. College Ave.
Tallahassee, FL 32302

Attorneys for **Mantra Films, Inc.** and
**Joseph R. Frances**

David Weinstein
weinsteind@GTlaw.com
**Greenberg Traurig, P.A.**
625 E. Twiggs Street
Suite 100
Tampa, FL 33602

Attorneys for **Mantra Films, Inc.** and
**Joseph R. Francis**

Richard S. Shankman, Esquire
shankmantancredo@aol.com
**Litigation Concepts, LLC**
2536 NW 53rd St.
Boca Raton, FL 33496-2204

Attorneys for **Plaintiffs**

**MRA Holdings, LLC.**
c/o CT Corporation Systems
Registered Agent
7666 E. 61st St.
Suite 240
Tulsa, OK  74133

**AMX Productions, LLC**
c/o Michael Chaussee, Registered Agent
1837 S. Nevada Ave., Box 261
Colorado Springs, CO  80906

*/s/ Mark S. Howard*
Mark S. Howard
Florida Bar No. 774146
mhoward@solomonlaw.com
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida  33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Julie Tilton, et al.**