UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON**,
**NICOLE BREITFELLER**, and
**TABITHA GAUTREAUX**,

      Plaintiffs,    CASE NO. 8:07-cv-00432-JSM-MAP

v.

**JOSEPH R. FRANCIS**, **MRA HOLDINGS, L.L.C.**,
**MANTRA FILMS, INC.** d/b/a Girls Gone Wild,
**AMX PRODUCTIONS, L.L.C.** d/b/a AMX Video
a/k/a GM Video a/k/a George Martin Video
a/k/a Action Matrix, a/k/a Aztec Media Co., and
**SVOTHI, INC.** d/b/a PPVNetworks a/k/a Nakedontv.com

      Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
AND SERVE MOTION TO STRIKE AFFIRMATIVE DEFENSES
OF SVOTHI, INC.**

  Julie Tilton, Nicole Breitfeller, and Tabitha Gautreaux (collectively the "**Plaintiffs**") hereby move the Court for an extension of time through July 2, 2007, in which to file and serve their Motion to Strike the Affirmative Defenses of Svothi, Inc. ("**Defendant**").  As grounds for this Motion, Plaintiffs state as follows:

  1. On March 9, 2007, Plaintiffs filed their Complaint.  [Dkt. #1].

  2. On May 29, 2007, Defendant filed and served its Answer, Defenses, and Cross-Claim.  [Dkt. # 11].

  3. Pursuant to applicable rules, Plaintiffs have until June 18, 2007 in which to file and serve a Motion to Strike the Affirmative Defenses asserted by Defendant.

62831.33002.276102

4. On <u>June 11, 2007</u>, Plaintiffs' counsel conferred with Defendant's counsel, and Defendant's counsel agreed to an extension of time through <u>July 2, 2007</u> for the Plaintiffs to file and serve a Motion to Strike the Affirmative Defenses asserted by Defendant.

5. This Motion is made in good faith and no party to this lawsuit will be prejudiced if this Motion is granted.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order allowing Plaintiffs an extension of time through <u>July 2, 2007</u>, in which to file and serve their Motion to Strike the Affirmative Defenses asserted by Svothi, Inc.

    Respectfully submitted,

    */s/ Mark S. Howard*
    Mark S. Howard
    Florida Bar No. 774146
    mhoward@solomonlaw.com
    Thomas E. DeBerg
    Florida Bar No. 521515
    tdeberg@solomonlaw.com
    **THE SOLOMON TROPP LAW GROUP, P.A.**
    1881 West Kennedy Boulevard
    Tampa, Florida 33606-1606
    (813) 225-1818 (Tel)
    (813) 225-1050 (Fax)
    Attorneys for **Julie Tilton, et al.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>June 11, 2007</u>, a true and correct copy of the foregoing has been furnished via email and/or U.S. Mail to:

| | |
|---|---|
| Gary S. Edinger<br>GSEdinger@aol.com<br>**Law Office of Gary Edinger, P.A.**<br>305 NE 1st Street<br>Gainesville, FL 32601<br><br>Attorneys for **Svothi, Inc.** | David Weinstein<br>weinsteind@GTlaw.com<br>**Greenberg Traurig, P.A.**<br>625 E. Twiggs Street<br>Suite 100<br>Tampa, FL 33602<br><br>Attorneys for **Mantra Films, Inc.** and **Joseph R. Francis** |
| Laureen E. Galeoto<br>galeotol@GTlaw.com<br>Karusha Y. Sharpe<br>sharpek@gtlaw.com<br>Barry Scott Richard<br>richardb@GTlaw.com<br>**Greenberg Traurig P.A.**<br>101 E. College Ave.<br>Tallahassee, FL 32302<br><br>Attorneys for **Mantra Films, Inc.** and **Joseph R. Frances** | Richard S. Shankman, Esquire<br>shankmantancredo@aol.com<br>**Litigation Concepts, LLC**<br>2536 NW 53rd St.<br>Boca Raton, FL 33496-2204<br><br>Attorneys for **Plaintiffs** |
| **AMX Productions, LLC**<br>c/o Michael Chaussee, Registered Agent<br>1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO 80906 | **MRA Holdings, LLC.**<br>c/o CT Corporation Systems<br>Registered Agent<br>7666 E. 61st St.<br>Suite 240<br>Tulsa, OK 74133 |

                                                        */s/ Mark S. Howard*
                                                        Mark S. Howard
                                                        Florida Bar No. 774146
                                                        mhoward@solomonlaw.com
                                                        Thomas E. DeBerg
                                                        Florida Bar No. 521515
                                                        tdeberg@solomonlaw.com
                                                        **THE SOLOMON TROPP LAW GROUP, P.A.**
                                                        1881 West Kennedy Boulevard
                                                        Tampa, Florida 33606-1606
                                                        (813) 225-1818 (Tel)
                                                        (813) 225-1050 (Fax)
                                                        Attorneys for **Julie Tilton, et al.**