UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE TILTON**,
**NICOLE BREITFELLER**, and
**TABITHA GAUTREAUX**,

              Plaintiffs,         CASE NO. 8:07-cv-00432-JSM-MAP

v.

**JOSEPH R. FRANCIS**, **MRA HOLDINGS, L.L.C.**,
**MANTRA FILMS, INC.** d/b/a Girls Gone Wild,
**AMX PRODUCTIONS, L.L.C.** d/b/a AMX Video
a/k/a GM Video a/k/a George Martin Video
a/k/a Action Matrix, a/k/a Aztec Media Co., and
**SVOTHI, INC.** d/b/a PPVNetworks a/k/a Nakedontv.com

              Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Solomon Tropp Law Group, P.A. ("**Solomon Tropp**"), co-counsel for Tabitha Gautreaux ("**Gautreaux**") and Julie Tilton ("**Tilton**"), hereby moves the Court, pursuant to Rule 2.03(b), Local Rules, Middle District of Florida, for an order permitting this firm to withdraw as co-counsel of record for Gautreaux and Tilton in this action. As grounds for this Motion, co-counsel states:

1. Richard S. Shankman, Esquire ("**Shankman**") has been counsel for Gautreaux and Tilton for several years in this case.

2. Solomon Tropp was brought in to serve as co-counsel for the purpose of acting as lead trial counsel in this and related cases.

17938.33003.278280                               1

2

3. Shankman will continue to represent Gautreaux and Tilton's interests as counsel in this action.

4. The demands of upon Solomon Tropp's practice make it impractical for them to remain as co-counsel with Shankman in this case.

5. Because this case is in its infancy, Gautreaux and Tilton will not be prejudiced by co-counsel's withdrawing from this action.

6. In accordance with Local Rule 2.03(b), the clients and opposing counsel have had ten days notice of our intention to withdraw prior to the filing of this motion.

7. In accordance with Local Rule 3.01(g), the undersigned counsel has attempted to confer with counsel of record for all remaining parties, and no objections were expressed.

WHEREFORE, the Court should authorize The Solomon Tropp Law Group, P.A. to withdraw as counsel of record for Tabitha Gautreaux and Julie Tilton in this action.

Respectfully submitted,

*/s/ Thomas E. DeBerg*
Thomas E. DeBerg
Florida Bar No. 521515
tdeberg@solomonlaw.com
**THE SOLOMON TROPP LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, Florida 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **Plaintiffs**

**Certificate of Service**

   I HEREBY CERTIFY on <u>July 3, 2007</u> that a true and correct copy of the foregoing has been furnished via electronic service copy to the following:

| | |
|---|---|
| Gary S. Edinger<br>GSEdinger@aol.com<br>**Law Office of Gary Edinger, P.A.**<br>305 NE 1st Street<br>Gainesville, FL 32601<br><br>Attorneys for **Svothi, Inc.** | David B. Weinstein<br>weinsteind@GTlaw.com<br>Sean P. Cronin<br>cronins@gtlaw.com<br>Richard C. McCrea<br>mccrear@gtlaw.com<br>Kimberly Staffa Mello<br>mellok@gtlaw.com<br>**Greenberg Traurig, P.A.**<br>625 E. Twiggs Street<br>Suite 100<br>Tampa, FL 33602<br><br>Attorneys for **Mantra Films, Inc.** and **Joseph R. Francis** |
| Barry Scott Richard<br>richardb@GTlaw.com<br>**Greenberg Traurig P.A.**<br>101 E. College Ave.<br>Tallahassee, FL 32302<br><br>Attorneys for **Mantra Films, Inc.** and **Joseph R. Frances** | Richard S. Shankman, Esquire<br>shankmantancredo@aol.com<br>**Litigation Concepts, LLC**<br>2536 NW 53rd St.<br>Boca Raton, FL 33496-2204<br><br>Attorneys for **Plaintiffs** |
| **AMX Productions, LLC**<br>c/o Michael Chaussee, Registered Agent 1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO  80906 | **MRA Holdings, LLC.**<br>c/o CT Corporation Systems<br>Registered Agent<br>7666 E. 61st St.<br>Suite 240<br>Tulsa, OK  74133 |

       */s/ Thomas E. DeBerg*
       Thomas E. DeBerg
       Florida Bar No. 521515
       tdeberg@solomonlaw.com
       **THE SOLOMON TROPP LAW GROUP, P.A.**
       1881 West Kennedy Boulevard
       Tampa, Florida  33606-1606
       (813) 225-1818 (Tel)
       (813) 225-1050 (Fax)
       Attorneys for **Plaintiffs**