# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JULIE TILTON, NICOLE BREITFELLER,**
**and TABITHA GAUTREAUX,**

      Plaintiffs,                               Case No.:  8:07-cv-432-T30-MAP

v.

**JOSEPH R. FRANCIS, MRA HOLDINGS, L.L.C.,**
**MANTRA FILMS, INC., d/b/a/ Girls Gone Wild,**
**AMX PRODUCTIONS, L.L.C., d/b/a AMX Video,**
**a/k/a GM Video, a/k/a Aztec Media Co., a/k/a**
**George Martin Video, a/k/a Action Matrix, and**
**SVOTHI, INC. d/b/a PPVNetworks, a/k/a**
**Nakedontv.com,**

      Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Mechanik Nuccio Hearne & Wester, P.A. hereby gives notice of its appearance as co-counsel for Plaintiff Julie Tilton and requests that all pleadings, motion, notices and other filings hereafter be served upon it.

                                /s/ Wendolyn S. Busch
                                **J. MEREDITH WESTER, ESQUIRE**
                                Florida Bar Number 881317
                                **jmw@mechaniknuccio.com**
                                **WENDOLYN S. BUSCH, ESQUIRE**
                                Florida Bar Number 817287
                                **wb@mechaniknuccio.com**
                                **MECHANIK NUCCIO**
                                **HEARNE & WESTER, P.A.**
                                18560 N. Dale Mabry Hwy
                                Lutz, Florida  33548
                                Tel: (813) 968-1002/Fax: (813) 968-1502
                                Attorneys for Plaintiff Julie Tilton

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 5, 2007 the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Gary S. Edinger<br>GSEdinger@aol.com<br>Law Office of Gary Edinger, P.A.<br>305 NE 1st Street<br>Gainesville, FL 32601<br>Attorneys for Svothi, Inc. | David B. Weinstein<br>weinstein@GTlaw.com<br>Sean P. Cronin<br>cronins@GTlaw.com<br>Richard C. McCrea<br>mccrear@GTlaw.com<br>Kimberly Staffa Mello<br>mellok@GTlaw.com<br>Greenberg Traurig, P.A.<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602<br>Attorneys for Mantra Films, Inc. and<br>Joseph R. Francis |
| Barry Scott Richard<br>richardb@GTlaw.com<br>Greenberg Traurig, P.A.<br>101 E. College Ave.<br>Tallahassee, FL 32302<br>Attorneys for Mantra Films, Inc. and<br>Joseph R. Francis | Thomas E. DeBerg<br>tdeberg@solomonlaw.com<br>The Solomon Tropp Law Group, P.A.<br>1881 West Kennedy Boulevard<br>Tampa, FL 33606-1606<br>Attorneys for Plaintiffs |
| AMX Productions, L.L.C.<br>c/o Michael Chaussee,<br>Registered Agent<br>1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO 80906 | MRA Holdings, L.L.C.<br>c/o CT Corporation Systems,<br>Registered Agent<br>7666 E. 61st Street, Suite 240<br>Tulsa, OK 74133 |
| Richard S. Shankman<br>shankmantancredo@aol.com<br>Litigation Concepts, L.C.<br>2536 N.W. 53rd Street<br>Boca Raton, FL  33496-2204<br>Attorney for Plaintiffs | |

/s/ Wendolyn S. Busch
Attorney