# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JULIE TILTON, NICOLE BREITFELLER,**
**and TABITHA GAUTREAUX,**

      Plaintiffs,                            Case No.:  8:07-cv-432-T30-MAP

v.

**JOSEPH R. FRANCIS, MRA HOLDINGS, L.L.C.,**
**MANTRA FILMS, INC., d/b/a/ Girls Gone Wild,**
**AMX PRODUCTIONS, L.L.C., d/b/a AMX Video,**
**a/k/a GM Video, a/k/a Aztec Media Co., a/k/a**
**George Martin Video, a/k/a Action Matrix, and**
**SVOTHI, INC. d/b/a PPVNetworks, a/k/a**
**Nakedontv.com,**

      Defendants.
_____/

## NOTICE OF FILING AFFIDAVIT OF LOST SUMMONS

      Plaintiffs, by and through their undersigned counsel, hereby serves and files the Affidavit of Lost Summons.

                            Respectfully submitted,

                            /s/ J. Meredith Wester
                            **J. MEREDITH WESTER, ESQUIRE**
                            Florida Bar Number 881317
                            **jmw@mechaniknuccio.com**
                            **WENDOLYN S. BUSCH, ESQUIRE**
                            Florida Bar Number 817287
                            **wb@mechaniknuccio.com**
                            **MECHANIK NUCCIO**
                            **HEARNE & WESTER, P.A.**
                            18560 N. Dale Mabry Hwy
                            Lutz, Florida  33548
                            Tel: (813) 968-1002/Fax: (813) 968-1502
                            Attorneys for Plaintiff Julie Tilton

and

**RICHARD S. SHANKMAN, ESQUIRE**
Florida Bar No. 175013
**LITIGATION CONCEPTS, L.C.**
2536 NW 53rd Street
Boca Raton, FL  33496-2204
Telephone: 561-997-2771
shankmantancredo@aol.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2007 the foregoing Notice of Filing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| David B. Weinstein | Gary S. Edinger |
| weinstein@GTlaw.com | Law Office of Gary Edinger, P.A. |
| Sean P. Cronin | 305 NE 1st Street |
| cronins@GTlaw.com | Gainesville, FL 32601 |
| Richard C. McCrea | GSEdinger@aol.com |
| mccrear@GTlaw.com | P: 352-338-4440 |
| Kimberly Staffa Mello | F: 352-337-0696 |
| mellok@GTlaw.com | Attorneys for Svothi, Inc. |
| Greenberg Traurig, P.A. | |
| 625 E. Twiggs Street, Suite 100 | |
| Tampa, FL 33602 | |
| Attorneys for Mantra Films, Inc. and Joseph R. Francis | |

I further certify that on July 17, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| MRA Holdings, L.L.C. | AMX Productions, L.L.C. |
| 7666 E. 61st Street, Suite 240 | c/o Michael Chaussee, |
| Tulsa, OK 74133 | Registered Agent |
| | 1837 S. Nevada Ave., Box 261 |
| | Colorado Springs, CO 80906 |

/s/ J. Meredith Wester
       Attorney

2