UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE TILTON, NICOLE BREITFELLER,
and TABITHA GAUTREAUX,

    Plaintiffs,                                Case No.: 8:07-cv-432-T30-MAP

v.

JOSEPH R. FRANCIS, MRA HOLDINGS, L.L.C.,
MANTRA FILMS, INC., d/b/a/ Girls Gone Wild,
AMX PRODUCTIONS, L.L.C., d/b/a AMX Video,
a/k/a GM Video, a/k/a Aztec Media Co., a/k/a
George Martin Video, a/k/a Action Matrix, and
SVOTHI, INC. d/b/a PPVNetworks, a/k/a
Nakedontv.com,

    Defendants.
_____/

## AFFIDAVIT OF LOST SUMMONS

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, Thomas E. DeBerg, after being by me first duly sworn, deposed and stated the following upon personal knowledge:

    1.    The Solomon Tropp Law Group, P.A. ("Solomon Tropp") was counsel of record for Plaintiffs in the above-styled up until July 9, 2007, at which time the Court granted its Unopposed Motion to Withdraw as Counsel for Plaintiffs.

    2.    The undersigned was an attorney at the law firm of Solomon Tropp during its representation of Plaintiffs.

3. Solomon Tropp filed the complaint in the above-styled matter on March 9, 2007, and the Clerk filed same in the Middle District of Florida, Case No. 8:07-cv-00432-JSM-MAP. Solomon Tropp submitted to the Court for issuance, summonses for all defendants, including MRA Holdings, LLC, and the court issued the summonses.

4. Solomon Tropp made efforts to serve MRA Holdings, LLC, but was unsuccessful it such attempts. As such, the original summons was returned to Solomon Tropp as they were withdrawing from the matter as counsel of record.

5. Solomon Tropp has made a diligent search to locate the original summons for MRA Holdings, LLC issued under the Middle District of Florida, Case No. 8:07-cv-00432-JSM-MAP, but has not been able to locate same.

6. Plaintiff is in need of replacement summons for defendant MRA Holdings, LLC, to make service upon said defendant.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas E. DeBerg
The Solomon Tropp Law Group, P.A.

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing was sworn to and subscribed before me this \_11\_ day of July, 2007, by **Thomas E. DeBerg**, who is personally known to me.

(SEAL)

_____
Printed/Typed Name:
Notary Public-State of Florida
Commission

Lucy P. White
Commission # DD521944
Expires February 23, 2010
Bonded Troy Fain Insurance, Inc 800-385-7019

2