AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

JULIE TILTON, et al.

v.

JOSEPH R. FRANCIS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-cv-00432-JSM-MAP

TO: (Name and address of Defendant)

Michael Chaussee, Registered Agent
AMX Productions, LLC d/b/a AMX Video
1837 South Nevada Avenue, Box 261
Colorado Springs, Colorado 80906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stanford R. Solomon, Esquire
Mark S. Howard, Esquire
The Solomon Tropp Law Group, P.A.
1881 West Kennedy Boulevard
Tampa, Florida 33606

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH
CLERK

_Denise L. Voight_
(By) DEPUTY CLERK

DATE: April 24, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JULY 17, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| TOM PITTS / THE DELTA CO. | DIRECTOR FOR THE DELTA COMPANY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☒ Returned   SERVICE INCOMPLETE / DEFENDANT REFUSES TO OPEN THE FRONT DOOR AND ACCEPT SERVICE AT THE ADDRESS PROVIDED. HE RECEIVES HIS MAIL AT A "PAK-MAIL" SERVICE COMPANY. HE IS RARELY, IF AT ALL, PRESENT AT HIS L/K/A of 1607 RIDGEWAY: COLORADO SPRINGS, CO 80906

☐ Other   * SERVICE IS RETURNED INCOMPLETED BECAUSE I HAVE NOT BEEN ABLE TO LOCATE THE DEFENDANT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $130.00 | $130.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
           Date

Signature of Server   *(signed)* Tom PITTS

Address of Server: PO Box 10304 Colorado Springs, Co 80932-1304

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.