UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE TILTON, NICOLE BREITFELLER,
and TABITHA GAUTREAUX,

    Plaintiffs,                        Case No.: 8:07-cv-00432-T30MAP

v.

JOSEPH R. FRANCIS, MRA HOLDINGS, L.L.C.,
MANTRA FILMS, INC., d/b/a/ Girls Gone Wild,
AMX PRODUCTIONS, L.L.C., d/b/a AMX Video,
a/k/a GM Video, a/k/a Aztec Media Co., a/k/a
George Martin Video, a/k/a Action Matrix, and
SVOTHI, INC. d/b/a PPVNetworks, a/k/a
Nakedontv.com,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO STAY

Plaintiffs, by and through their undersigned counsel, hereby move this Court for the entry of an Order staying further proceedings in this matter and as grounds therefore state as follows:

1. In this action, Plaintiffs have sued the Defendants for violations of 18 U.S.C. §§ 2252(a) and 2252A.

2. On October 4, 2007, in the companion case of *Tilton v. Playboy Entertainment Group, et al.*, Case No. 8:05-cv-692-T-30TGW, this Court heard oral argument on a motion for summary judgment filed by BV&BK Productions, LLLP and Chad Ciani (collectively, "BV&BK"), whom Tilton sued for violations of 18 U.S.C. §§ 2252(a) and 2252A.

3.  The Court indicated that it would grant BV&BK's motion unless Tilton could provide evidence that BV&BK was informed of her age and shown her photograph so they could remove her images from their website. Tilton's counsel, Meredith Wester, informed the Court at the hearing that she did not believe Tilton could provide any such evidence. The Court allowed Tilton thirty (30) days in which to locate and file such evidence.[1]

4.  Tilton's counsel has made a diligent search for evidence that BV&BK was given Tilton's picture; however, counsel cannot locate any such evidence.

5.  Consequently, Tilton expects that the Court will proceed to enter summary judgment against her on her claims for violation of 18 U.S.C. §§ 2252(a) and 2252A and that the Clerk will enter final judgment against Tilton on the entire case.

6.  Tilton intends to appeal the summary judgments and final judgment on her 18 U.S.C. §§ 2252(a) and 2252A claims. Thus, the appeal will involve the same issues presented in this case and the Court should stay further proceedings herein pending the outcome of the *Tilton* appeal.

## MEMORANDUM OF LAW

This Court has the discretionary power to stay proceedings before it in the control of its docket and in the interests of justice. *Hines v. D'Artois*, 531 F.2d 726, 733 (5th Cir. 1976)(citing *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)). Staying an action pending the outcome of an appeal of a case involving the same issues is appropriate to preserve judicial resources. *See id*. Here, Plaintiffs have asserted the same claims on which the Court has indicated it will grant summary judgment in the

---

[1] The Court also stated that Tilton would not be limited to thirty (30) days, if more time was necessary.

*Tilton* case and from which Tilton will take an appeal.  If the Eleventh Circuit Court of Appeals reverses, its decision may nullify rulings the Court makes in this case during the pendency of the appeal and waste judicial resources.  Accordingly, Plaintiffs respectfully request that this Court enter an Order staying the proceedings in this action pending the outcome of the appeal in the *Tilton* case.

## CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 3.01(g), I hereby certify that I have conferred with Defendants' counsel in a good faith effort to resolve by agreement the issues raised by this motion.  Counsel for Svothi, Inc. states that he has no objection to the granting of this motion.  I have been unable to agree on a resolution of this motion with counsel for the remaining Defendants.

Respectfully submitted,

/s/ J. Meredith Wester
**J. MEREDITH WESTER, ESQUIRE**
Florida Bar Number 881317
jmw@mechaniknuccio.com
**WENDOLYN S. BUSCH, ESQUIRE**
Florida Bar Number 817287
wb@mechaniknuccio.com
**MECHANIK NUCCIO HEARNE & WESTER, P.A.**
18560 N. Dale Mabry Hwy
Lutz, Florida  33548
Tel: (813) 968-1002
Fax: (813) 968-1502
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2007, the foregoing Plaintiffs' Motion to Stay was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| David B. Weinstein<br>weinstein@GTlaw.com<br>Sean P. Cronin<br>cronins@GTlaw.com<br>Richard C. McCrea<br>mccrear@GTlaw.com<br>Kimberly Staffa Mello<br>mellok@GTlaw.com<br>Greenberg Traurig, P.A.<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602<br>P: 813-318-5700<br>F: 813-318-5900<br>Attorneys for Mantra Films, Inc. and Joseph R. Francis | Gary S. Edinger<br>Law Office of Gary Edinger, P.A.<br>305 NE 1st Street<br>Gainesville, FL 32601<br>GSEdinger@aol.com<br>P: 352-338-4440<br>F: 352-337-0696<br>Attorneys for Svothi, Inc. |

I further certify that on October 12, 2007, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| MRA Holdings, L.L.C.<br>c/o CT Corporation System, as Registered Agent for MRA Holdings, L.L.C.<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 | AMX Productions, L.L.C.<br>c/o Michael Chaussee,<br>Registered Agent<br>1837 S. Nevada Ave., Box 261<br>Colorado Springs, CO 80906 |

            /s/ J. Meredith Wester
                Attorney